IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LONNIE LEE SMALL, JR.,

    Plaintiff,

vs.                                    CASE NO. 5:07cv200/RS-MD

JAMES R. MCDONOUGH, et al,

    Defendants.
_____/

## ORDER

Before me is Magistrate Judge's Report and Recommendation (Doc. 19). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's official capacity claims against all Defendants are dismissed with prejudice pursuant to 28 U.S.C §1915(e)(2)(B)(iii).

3. Plaintiff's individual capacity claims against Defendants Officer Heyser, Sergeant Williams, Officer Curtis, Nurse Riley, Nurse Goodrich, Doctor Bagilo, and Nurse Sexton are dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) because of Plaintiff's failure to state a claim upon which relief may be granted.

4.  This case is remanded to the Magistrate Judge for such further proceedings as may be required.

**ORDERED** on June 5, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**