**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

LONNIE LEE SMALL, JR.,

       Plaintiff,

vs.                               CASE NO. 5:07cv200/RS-MD

OFFICER BARTON, et al,

       Defendants.

_____/

## <u>ORDER</u>

Before me are the Magistrate Judges Report and Recommendation (Doc. 72) and Plaintiff's Objection (Doc. 73).  I have considered Plaintiff's objection *de novo*.

**IT IS ORDERED**:

1.     The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2.     Defendant Officer Barton's Motion To Dismiss (Doc. 59) is granted.

3.     Plaintiff's Motion To Dismiss Defendant Barton's Motion To Dismiss (Doc. 65) is **denied**.

4.     Plaintiff's individual capacity claim against Defendant Officer Barton is dismissed without prejudice.

5.     This case is referred to the Magistrate Judge for further proceedings on Plaintiff's individual capacity claim against Defendant Officer Kenny Moore.

**ORDERED** on November 21, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**