IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LONNIE LEE SMALL, JR.,

    Plaintiff,

vs.                                     CASE NO. 5:07cv200/RS-MD

OFFICER KENNY MOORE,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 99). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Motion for Summary Judgment (Doc. 92) of Defendant Officer Kenny Moore is granted. The clerk is instructed to enter judgment for Defendant Officer Kenny Moore.

3. The clerk is directed to close the file.

**ORDERED** on June 5, 2009.

                            /S/ Richard Smoak
                            **RICHARD SMOAK**
                            **UNITED STATES DISTRICT JUDGE**